# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | 3:05-CV-428-HDM (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 27, 2006 |
| SHERYL FOSTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The State Defendants have filed a Motion for Protective Order (Doc. #25). The Defendants request the court to stay the discovery in this case pending a decision on the State Defendants' Motion for Summary Judgment on the basis that they have raised the defense of qualified immunity.

In their Motion for Summary Judgment (Doc. #24) the State Defendants contest the allegations of Counts I, II and III of the Amended Complaint on the merits and, at the end of their points and authorities include the claim of qualified immunity.

Under these circumstances, a stay of discovery is not required and is not conducive to good case management practice.

The State Defendants' Motion for Protective Order (Doc. #25) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
       Deputy Clerk