UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | 3:05-CV-0428-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | May 16, 2008 |
| | ) | |
| SHERYL FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  JENNIFER COTTER  </u>    REPORTER: <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                          </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                         </u>

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed a Motion to the Court Requesting a Copy of Court Document #150-2 (Doc. #176). Good cause appearing,

     Plaintiff's Motion to the Court Requesting a Copy of Court Document #150-2 (Doc. #176) is <u>GRANTED</u>. The Clerk shall send a copy of Plaintiff's Supplemental Motion (Doc. #150) to Plaintiff.

     IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK

                                         By: <u>        /s/                              </u>
                                                    Deputy Clerk