**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | 3:05-cv-00428-HDM(RAM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S REPORT AND |
| SHERYL FOSTER, *et al.*, | ) | RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has considered the Report and Recommendation of the United States Magistrate Judge (#185) filed on July 25, 2008, in which the Magistrate Judge recommends that this court enter an order that Defendant Doakes Motion to Dismiss (#125) be denied as moot, that Defendant Doakes and Count I of Plaintiff's Fourth Amended Complaint (#124) be dismissed for failure state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), that Defendants' Motion for Summary Judgment (#140) be granted and

1

that Plaintiff's Cross Motion for Summary Judgment (#148, 150, 151) be denied.

Discovery closed on October 28, 2007. Plaintiff filed an untimely Motion to Compel Discovery (#178) on May 19, 2008. That motion is **DENIED**.

The court has considered all other pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the Report and Recommendation of the United States Magistrate Judge (#185). Accordingly:

Defendant Doakes' Motion to Dismiss (#125) the Plaintiff's Third Amended Complaint is **DENIED** as moot.

Count I of Plaintiff's Fourth Amended Complaint (#124) against Defendant Doakes is **DISMISSED** with prejudice for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Motion for Summary Judgement filed by Defendants Sheryl Foster, Ben Gutierrez, Bob Hartman, Jim Ferguson, Dr. David Mumford and Ira Hollingsworth on counts II, III and IV (#140) is **GRANTED**.

Plaintiff's Cross Motion for Summary Judgment (#148, 150, 151) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 18th day of September, 2008.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE